### Mary E. and Burton K. ALLEBACH, Petitioners,

### v.

### COMMONWEALTH of Pennsylvania, Respondent.

Commonwealth Court of Pennsylvania.

Feb. 16, 1996.

### *ORDER*

PER CURIAM.

NOW, February 16, 1996, the bench and practicing bar is hereby notified that this Court by memorandum opinion of January 30, 1996, sustained the exceptions of petitioners, Mary E. and Burton K. Allebach, vacated the Court's order of August 19, 1994 (reported at 167 Pa.Cmwlth. 158, 647 A.2d

662), and reversed the order of the Board of Finance and Revenue in this matter.